PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

PER CURIAM.

Swindling is the offense, with punishment assessed at a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular. Nothing is presented for review.

The judgment is affirmed.

**Wayne DILLINGHAM, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28328.**

Court of Criminal Appeals of Texas.

May 16, 1956.

**W. R. CARMEAN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28130.**

Court of Criminal Appeals of Texas.

April 11, 1956.

Rehearing Denied May 16, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.